

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: | § | No. 08-19-00134-CV |
|  | § |  |
| MARYLEE VON WARWICK | § | AN ORIGINAL PROCEEDING |
| JURECKY, DEPENDENT | § |  |
| ADMINISTRATOR OF THE ESTATE | § | IN MANDAMUS |
| OF EDWARD ABRAHAM, DECEASED, | § |  |
| Relator. | § |  |

## MEMORANDUM OPINION

Relator Marylee Von Warwick Jurecky, permanent dependent administrator for the Estate of Edward Abraham, has filed a motion to dismiss this mandamus proceeding, stating that the Estate has reached a settlement with Real Parties in Interest Teri Finnegan, Lee Chagra, Jr., Joanna Krancher, and Tina Chagra (the Chagra Parties) and Gilbert Malooly and Chris Malooly as personal representative of the Estate of Geraldine Malooly (the Malooly Parties).

On May 30, 2019, the probate court approved a settlement between Relator and the Malooly Parties, and on September 24, 2019, the probate court approved a settlement between Relator and the Chagra Parties. The controversy at the center of this mandamus action is now moot.

Accordingly, we grant the motion and dismiss this mandamus action. All other pending motions are denied as moot.


GINA M. PALAFOX, Justice

October 16, 2019

Before Alley, C.J., Rodriguez, and Palafox, JJ.